

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>Blanca Guadalupe MEDINA Ramirez,<br><br><br><br>Defendant. | Magistrate Docket No. 24-mj-00100<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(ii) Transportation of Illegal Aliens |

On or about January 11, 2024, within the Southern District of California, defendant Blanca Guadalupe MEDINA Ramirez, knowing or in reckless disregard of the fact that certain aliens, namely, Hector ORTIZ-Hilario and Ezequias SALVADOR Ausencio, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jesse Bojorquez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 12, 2024.

_____
HON. JILL L. BURKHARDT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Blanca Guadalupe MEDINA RAMIREZ

## PROBABLE CAUSE STATEMENT

The complainant states that Hector ORTIZ-Hilario and Ezequias SALVADOR Ausencio, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On January 11, 2024, Border Patrol Agent F. Ramirez was conducting Highway interdiction duties in the San Clemente Border Patrol Stations area of responsibility. Agent Ramirez was in full rough duty Border Patrol uniform utilizing a marked Border Patrol vehicle with operational lights and siren.

The San Clemente Border Patrol checkpoint was nonoperational, and Agent Ramirez was positioned perpendicular to Interstate 5 Highway (I-5) observing northbound lanes of traffic, at the San Clemente Border Patrol checkpoint. Agent Ramirez was operating a government issued laptop computer and conducting targeted analysis on vehicles exhibiting suspicious travel patterns through various Department of Homeland Security (DHS) systems. Record checks revealed that a Nissan Altima was traveling north on I-5 north of Oceanside, California and exhibited a travel pattern consistent with recent smuggling events. Records checks revealed that the vehicle's lender is a dealership out of San Diego with a suspended California license plate registration. Smuggling organizations purchase a significant amount of inexpensive vehicles from local car dealerships because it is cost effective due to the high risk that those vehicles maybe ultimately seized.

Agent Ramirez also observed that the vehicle had a recent crossing, 1/11/24, at approximately 11:00 AM through the Otay Mesa Port of Entry. The vehicle crossed with one occupant, a female driver, Blanca Guadalupe MEDINA Ramirez. There was approximately a six-hour gap in travel from the border and in Agents Ramirez experience and training, this type of delay in travel after crossing the International Border from Mexico is a common tactic used by persons involved in illicit smuggling activity. Further record checks of MEDINA revealed that she is involved in human smuggling and/or trafficking and is associated to two other vehicles that have alerts for human smuggling and/or trafficking.

At approximately 5:26 PM, Agent Ramirez observed a silver Nissan Altima pass his location and proceeded to follow to further investigate. Agent Ramirez caught up to the Altima traveling in the number three lane at approximately 60 miles per hour, slower than flow of

CONTINUATION OF COMPLAINT:
Blanca Guadalupe MEDINA RAMIREZ

traffic. Agent Ramirez confirmed the Altima's California license plate through the San Clemente, (SCM) Border Patrol dispatch to confirm the checks he had conducted earlier. Agent Ramirez drove up to the Altima passenger side to look inside the vehicle, but it had very dark tint on all windows. A vehicle behind the Altima had bright headlights and illuminated the Altima's window and Agent Ramirez was able to see the silhouettes of a driver, front passenger, and a rear right passenger. Agent Ramirez believed that driver, was trying to conceal undocumented people utilizing the tint on all windows.

Based on his observations and record checks, Agent Ramirez believed the Altima was involved in a smuggling event and at approximately 5:30 PM, initiated a vehicle stop on the Altima. The driver initiated the left turn signal and crossed two lanes, from the number three lane to the number one lane and stopped in the median of the highway just north of Avenida Vista Hermosa exit in San Clemente, Orange County, California.

Agent Ramirez approached the Altima and identified himself as a Border Patrol Agent. Agent Ramirez conducted an immigration inspection on the driver, later identified as the defendant Blanca Guadalupe MEDINA Ramirez. MEDINA responded that she was from the U.S. Agent Ramirez then conducted an immigration inspection on the passengers later identified as material witnesses Hector ORTIZ-Hilario and Ezequias SALVADOR Ausencio. ORTIZ and SALVADOR stated that they are citizens of Mexico without the proper documents allowing them to enter or remain in the Unites States legally.

At approximate 5:39 PM, Agent Ramirez placed MEDINA, ORTIZ, and SALVADOR under arrest.

The defendant, Blanca Guadalupe MEDINA Ramirez was read her Miranda rights, and stated that she understood her rights and was willing to speak without an attorney present. MEDINA stated that on January 11, 2024, she crossed from Mexico at the Otay Mesa Port of Entry and received a call from an individual offering her $200 per undocumented aliens transported to Los Angeles, CA. MEDINA agreed and after she finished working, she picked up the two individuals at a shopping plaza near the intersection of University Avenue and Home Avenue in San Diego, CA. MEDINA stated that she was paid $400 USD by the person handing over the two individuals.

Material witnesses Hector ORTIZ-Hilario and Ezequias SALVADOR Ausencio stated that they are citizens of Mexico without the proper documents allowing them to enter or remain in the

**CONTINUATION OF COMPLAINT:**
**Blanca Guadalupe MEDINA RAMIREZ**

Unites States legally.  ORTIZ and SALVADOR stated that smuggling arrangements were made prior to crossing into the United States.  ORTIZ and SLAVADOR stated that they were being charges a smuggling fee between $8,000 and 12,000 USD if successfully smuggled into the United States.  ORTIZ and SALVADOR stated that after crossing into the United States through the mountains they were taken to a house.  ORTIZ and SALVADOR stated that the female they were arrested with pick them up from the house they were staying at.  SALVADOR stated that right before they were stopped, her heard the driver say  in the Spanish language "Chin ya nos parraron" which translate to "Damn we're getting pulled over", and "Digan que somos familia" which translates to "Tell them that we are family".